UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | **CV** 10-2533-DMG (OPx) | Date | September 14, 2010 |
|---|---|---|---|
| Title | *G & G Closed Circuit Events, LLC v. Graciela Padilla, et al.* | | |

| Present: The Honorable | DOLLY M. GEE, UNITED STATES DISTRICT JUDGE |
|---|---|

| Yolanda Skipper | Anne Kielwasser |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   (In Chambers)  Order to Show Cause Why Action Should Not Be Dismissed

    On July 12, 2010, this Court granted Plaintiff's *ex parte* application for an order extending time to complete service of process on Defendant Graciela Padilla, which order granted Plaintiff sixty (60) days from July 12, 2010 within which to effectuate service of process, file a motion for service by publication, or, alternatively, file a notice of voluntary dismissal if service has not been made or service by publication not requested by said date. [Doc. # 5.]  The 60-day period has expired and Plaintiff has not filed a proof of service, motion for service by publication, or a notice of voluntary dismissal.

    Accordingly, Plaintiff is ORDERED to Show Cause in writing no later than **September 21, 2010** why this action should not be dismissed for lack of prosecution.  Plaintiff is advised that failure to respond to this order shall be deemed Plaintiff's consent to the dismissal of this action without prejudice.