Eric Bensamochan, Bar #255482
The Bensamochan Law Firm
30851 Agoura Rd # 114
Agoura Hills, Ca 91301
818-907-5866  (FAX) 818-461-5959
ATTORNEY FOR PLAINTIFF

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

G&G CLOSED CIRCUIT EVENTS, LLC )
                               )
        Plaintiff,     vs.     )   Case No.: 2:10-CV-02533-WDK-JC
                               )
GRACIELLA PADILLA,  et al,     )        **RENEWAL OF JUDGMENT**
                               )             BY CLERK
        Defendant,             )
                               )

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §683.110 through §683.320, and for good cause appearing therefore,

Judgment in favor of Plaintiff, G&G Closed Circuit Events, LLC, and against Defendant Graciella Padilla, an individual and d/b/a La Terraza Restaurant, entered on July 26, 2011, be and the same is hereby renewed in the amounts as set forth below:

Renewal of money judgment

| | | | |
|---|---|---|---:|
| a. | Total judgment | $ | 2,180.00 |
| b. | Costs after judgment | $ | 0.00 |
| c. | **Subtotal *(add a and b)*** | $ | **2,180.00** |
| d. | Credits | $ | 0.00 |
| e. | **Subtotal *(subtract d from c)*** | $ | **2,180.00** |
| f. | Interest after judgment(.18%) | $ | 38.94 |
| g. | Fee for filing renewal of application | $ | 00.00 |
| h. | **Total renewed judgment (add e, f and g)** | $ | **2,218.94** |

Dated: June 29, 2021          CLERK, by _Sharon Hall Brown_
                                          Deputy

                              Kiry A. Gray,
                              Clerk of U.S. District Court

Renewal of Judgment